IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD TITTERTON and <br> CHRISTOPHER KELLY, <br><br> Plaintiffs, <br><br> v. <br><br> JENKINTOWN BOROUGH, <br> JENKINTOWN POLICE DEPARTMENT <br> Police Commissioner Chief <br> ALBERT DIVALENTINO, Individually <br> And Police Lieutenant <br> RICHARD TUCKER, Individually <br><br> Defendant. | CIVIL ACTION NO. 2:20-cv-05869 |

## JOINT STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DIMISS

AND NOW, this 4th day of May, 2021, it is hereby **STIPULATED** and **AGREED** between all parties that Plaintiff shall have an additional twenty-one days (21) from today's date to file a responsive pleading to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint which was filed on April 15, 2021.

Respectfully Submitted,                           Respectfully Submitted,

*/s/ Andres Jalon, Esquire*                       */s/ Michael Truncellito, Esquire*

Andres Jalon, Esquire                             Michael Truncellito, Esquire
1500 JFK Blvd, Suite 1300                         50 S. 16th Street, Suite 3200
Philadelphia, PA 19102                            Philadelphia, PA 19102
ajalon@jalonesq.com                               michael.truncellito@bipc.com
*Attorney for Plaintiffs*                         *Attorney for Defendants*