## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD TITTERTON and, | : | CIVIL ACTION |
| CHRISTOPHER KELLY, | : | |
| *Plaintiffs*, | : | |
| v. | : | |
| | : | |
| JENKINTOWN BOROUGH, | : | |
| JENKINTOWN POLICE DEPARTMENT | : | |
| POLICE COMMISSIONER CHIEF | : | |
| ALBERT DIVALENTINO, individually | : | |
| and POLICE LIUTENANT | : | |
| RICHARD TUCKER, individually, | : | |
| *Defendants*. | : | NO. 20-5869 |

## ORDER

**AND NOW**, this 22nd day of September 2021 upon consideration of Defendants' Motion to Dismiss under Federal Rule of Civil Procedure 41(b) (ECF No. 26), and in accordance with the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendants' Motion (ECF No. 26) is **GRANTED**;

2. *Edward Titterton v. Jenkintown Borough*, Civ. A. No. 20-5869 is **DISMISSED** with prejudice in its entirety; and

3. The Clerk of Court is directed to close this case.

**BY THE COURT:**

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**